# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-11596
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 28, 2019

Lyle W. Cayce
Clerk

JAMES L. ROSS,

Plaintiff-Appellant

v.

THE CITY OF DALLAS, TEXAS,

Defendant-Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-570

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant James L. Ross appeals the district court's dismissal with prejudice of his lawsuit against Defendant-Appellee the City of Dallas, Texas, alleging claims under 42 U.S.C. §1983 and 18 U.S.C. §1964. Ross's claims arose from the City's foreclosure of property occupied but not owned or leased by Ross.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-11596

We have reviewed the record, the parties' briefs, and the record excerpts for this appeal, and we have considered the November 14, 2018 Memorandum Opinion and Order of the district court which sets out in detail the relevant facts and history of this almost decade-old litigation.  As a result of our review, we are satisfied that the district court ruled correctly in determining that Ross take nothing against the City of Dallas and that this case be dismissed with prejudice.  For essentially the reasons thus set forth by the district court, its Judgment of even date with its opinion is

AFFIRMED.